5

Pete GUNN, Sherman Gardner, W. M. Wright, L. F. Wright, and W. T. Eddy v. UNITED STATES.

(Circuit Court of Appeals, Sixth Circuit. October 15, 1926.)

No. 4656.

In Error to the District Court of the United States for the Middle District of Tennessee; Harry B. Anderson, Judge.

John E. Garner, of Springfield, Tenn., and John W. Hilldrop, of Nashville, Tenn., for plaintiffs in error.

A. V. McLane, U. S. Atty., and Howard Shofner, Asst. U. S. Atty., both of Nashville, Tenn.

PER CURIAM. Judgment of the District Court affirmed.